# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TO: Clerk, United States District Court

Attention: John Chambers
Deputy Clerk

Date: JUN - 1 2004

SUBJECT: **REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Tracy Ballew-Flood | CR04-00156-DDP | |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* ~~Brian Witherspoon~~ DFPD LOS ANGELES |
|---|---|
| April 29, 2004 | TELEPHONE NO. ~~314/241-1255~~ |

*As Shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of probation hearing during the week of May 31, 2004. The defendant was taken into local custody and the issuance of a Writ is not required.

Interpreter Needed? [ ] Yes [X] No

Chris L. Quici, 805/963-8125
U. S. PROBATION OFFICER

Reginald R. Valencia, 805/962-0886
SUPERVISING PROBATION OFFICER

**FAX NO. (805) 962-0427**

Routing of Request: Orig to Clerk's Office    Copies to:    U. S. Attorney (Chief, Criminal Division)
Federal Public Defender (Chief Deputy)

## FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Dean D. Pregerson, U. S. District Judge, on 06-25-04 at 3:00 a.m./p.m. in Courtroom No. 3

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Date 6-7-04

FILED
CLERK, U S DISTRICT COURT
JUN - 7 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CLERK, U. S. DISTRICT COURT
By _____
Deputy Clerk

ENTER ON ICMS
JUN - 7 2004

*Routing of Notice by Clerk:* Original - Court File
cc: U S Probation Officer
U. S Attorney, Attn. Chief, Criminal Division
Defense Attorney
Federal Public Defender, Attn: Chief Deputy
U. S. Marshal (Warrant Cases only)
Interpreter Section, Clerk's Office (When needed)

PROB:CDC:63
01/08/01